UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

McDOUGAL LITTELL, a division of        :
Houghton Mifflin Company,

        Plaintiff-Petitioner,    :    06 Civ. 4888 (LMM)

        - against -             :    MEMORANDUM AND ORDER

NEAL BEIDLEMAN,                        :

        Defendant-Responder.     :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/06

McKENNA, D.J.,

    Plaintiff-petitioner moves for an order compelling arbitration. For substantially the reasons set forth in <u>Maisel v. McDougal Littell</u>, No. 06 Civ. 765, 2006 WL 1409019 (S.D.N.Y. May 22, 2006), the motion is granted. Defendant has not shown that the relevant facts in the present case are materially different than those in <u>Maisel</u>.

    All issues raised by this petition to compel arbitration having been resolved, the Clerk is directed to close this case. Either party may, upon completion of the arbitration, make a timely application to reopen for any purpose contemplated by the Federal Arbitration Act.

                                      SO ORDERED.

Dated: October 18, 2006

                                        Lawrence M. McKenna
                                              U.S.D.J.

COPIES MAILED TO COUNSEL OCT 1 8 2006